JS-6
Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 2 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

KIMBERLY MICHAELS,          )     Case No.  EDCV 08-1197 RNB
                            )
            Plaintiff,      )
                            )     **J U D G M E N T**
      vs.                   )
                            )
MICHAEL J. ASTRUE,          )
Commissioner of Social      )
Security,                   )
                            )
            Defendant.      )
_____)

In accordance with the Order Affirming Decision of Commissioner filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is affirmed and this action is dismissed with prejudice.


DATED: April 22, 2009



_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE